**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GLOBALMERCHANDISING SERVICES, LTD., ) | CIVIL CASE NO. |
| ) | |
| Plaintiff, ) | 2:19-cv-1411 TLN EFB |
| ) | |
| v. ) | **ORDER TO SHOW CAUSE** |
| ) | **ON MOTION FOR** |
| VARIOUS JOHN DOES, JANE DOES, ) | **PRELIMINARY** |
| and ABC COMPANIES ) | **INJUNCTION; ORDER** |
| ) | **GRANTING TEMPORARY** |
| Defendants. ) | **RESTRAINING ORDER** |
| ) | **AND ORDER OF SEIZURE** |
| ) | |
| ) | |
| ) | |

Upon the declarations of Kenneth A. Feinswog and Bradford James Andersen, Plaintiff's Memorandum of Points and Authorities and the Complaint submitted herewith, and all other pleadings and proceedings had herein and good cause having been shown:

IT IS HEREBY ORDERED THAT Defendants, Various John Does, Jane Does, and ABC Companies, their true identities being unknown, SHOW CAUSE IN WRITING not later than **August 2, 2019**, as to why an order pursuant to Fed.R.Civ.P. 65 should not be entered granting Plaintiff a preliminary injunction enjoining Defendants from manufacturing, distributing, selling

1

1  or holding for sale and authorizing seizure of all clothing, jewelry, photographs, posters and other

2  merchandise (collectively the "Infringing Merchandise") bearing the BACKSTREET BOYS

3  trademark, likenesses, names and logos (collectively the "BACKSTREET BOYS Trademarks");

4       IT IS FURTHER ORDERED that Defendants' papers, if any, shall be filed with the Clerk

5  of this Court and served upon Plaintiff's attorney by delivering a copy to its counsel not later than

6  **August 2, 2019**.  Plaintiff shall file any reply and serve such reply upon each appearing Defendant

7  or his/her counsel not later than **August 6, 2019**.  Plaintiff shall provide copies of pleadings at the

8  request of any identified Defendant;

9       IT APPEARING TO THE COURT that Defendants are distributing and/or are about to

10  distribute in interstate commerce and sell at or near the sites of the current BACKSTREET BOYS

11  United States concert tour, clothing, jewelry, photographs, posters and other merchandise bearing

12  the BACKSTREET BOYS Trademarks, and will continue to carry out such acts unless restrained

13  by Order of the Court;

14       AND IT APPEARING TO THE COURT that immediate and irreparable injury, loss, and

15  damage will result to Plaintiff before Defendants can be identified and given notice and their

16  attorneys can be heard in opposition to the granting of the Temporary Restraining Order, in that

17  Defendants are preparing to manufacture, distribute, and sell Infringing Merchandise throughout

18  the current BACKSTREET BOYS concert tour, and that unless Defendants are enjoined from said

19  manufacture, distribution, and sale, Plaintiff will suffer immediate and irreparable injury and harm

20  in the form of loss of income, the dilution of the BACKSTREET BOYS Trademarks, interference

21  with Plaintiff's ability to exploit market and license its merchandising rights, confusion in the

22  marketplace as to the duly authorized source of  BACKSTREET BOYS merchandise, and the

23  impairment of the goodwill that Plaintiff and the BACKSTREET BOYS have in the

24  BACKSTREET BOYS' Trademarks;

25  ///

26  ///

27  ///

28  ///

1       IT IS HEREBY ORDERED that pending the hearing and determination of this Motion,

2   Defendants, their agents, servants, employees, attorneys, successors and assigns, and all persons,

3   firms, and corporations acting in concert with them are TEMPORARILY RESTRAINED from

4   manufacturing, distributing, and selling Infringing Merchandise bearing the BACKSTREET

5   BOYS Trademarks;

6       IT IS FURTHER ORDERED that the U.S. Marshal for this District, the U.S. Marshal(s)

7   and/or state, county, or local law enforcement authorities, including off duty officers of the same,

8   for any such district in which Plaintiff enforces this order, and persons acting under their

9   supervision, are hereby authorized to seize, impound (and deliver to Plaintiff or its

10   representatives), any and all Infringing Merchandise bearing the BACKSTREET BOYS

11   Trademarks, including from cartons, containers, or vehicles or other means of transport in which

12   the Infringing Merchandise is found beginning four (4) hours before and continuing until four (4)

13   hours after any performance on any concert on the BACKSTREET BOYS tour within a four (4)

14   mile radius of the concert on the BACKSTREET BOYS tour including, but not limited to, the

15   BACKSTREET BOYS concert at the Golden 1 Center, Sacramento, California on August 1, 2019;

16       AND IT IS FURTHER ORDERED that this Temporary Restraining Order is conditioned

17   upon Plaintiffs advancing to law enforcement officers such sum as is required to cover the fees for

18   their services, in the event that Plaintiff seeks their services in this or any other district,

19       AND IT IF FURTHER ORDERED that service of a copy of this Order to Show Cause

20   together with the Complaint shall be made upon Defendants by the United States Marshal, state or

21   local enforcement authority, or by any person over the age of eighteen (18) years not a party to

22   this action selected for that purpose by Plaintiff, at the time of the seizure provided herein is

23   effected and that such service shall be deemed good and sufficient;

24       AND IT IS FURTHER ORDERED that the process server shall offer a receipt to each

25   person from whom merchandise is seized and that Plaintiff shall be deemed substitute custodian

26   for all Infringing Merchandise seized;

27       AND IT IS FURTHER ORDERED that each and every Defendant served with a copy of

28   this Order shall promptly, courteously and peaceably identify himself or herself to the

1  aforementioned process server and that the process server or agents for Plaintiff shall be allowed

2  to photograph, video tape, or otherwise identify the Defendant;

3        AND IT IS FURTHER ORDERED that pursuant to F.R.Civ.P. 65(b)(4), any Defendant

4  can apply to this Court to dissolve or modify this Order on two (2) days' notice or shorter notice

5  as this Court may allow, but no such objection shall serve to suspend this Order or stay the terms

6  hereof unless otherwise ordered by this Court.

7        No bond shall be required.

8        IT IS SO ORDERED.

9  Dated: July 26, 2019

10

11

12

13                          Troy L. Nunley
                           United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28